OLDHAM'S FARM SAUSAGE
COMPANY, Appellant,

v.

SALCO, INC., Defendant,

and

United States Fidelity & Guaranty
Company, Garnishee.

No. 34765.

Missouri Court of Appeals,
Western District.

Aug. 14, 1984.

As Modified Oct. 2, 1984.

William E. Simmons, Kansas City, for appellant.

Laurence R. Tucker, W. Robert King, Kansas City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

The trial court's judgment award of $5,493 damages and interest to the plaintiff-appellant against the garnishee, an insurer of defendant-Salco, the plaintiff's judgment-debtor is affirmed. The request

for attorney's fees and costs by the garnishee is denied. Rule 84.16(b).